IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTA V. BRENNER,

    Plaintiff,

v    CASE NO: 3:08cv368/LAC

PCA GULF COAST LLC, et al.,

    Defendants.

_____/

**O R D E R**

    The Court notes that the issues are joined in this case and that the discovery period has ended. The trial of the case will now be set.

    Toward this end, counsel are directed to confer personally and notify the Court in writing within five (5) working days of the expected length of the trial and confirm this case to be a trial by judge or jury. All parties will be notified by separate order of the dates for the pre-trial conference, if necessary, and trial.

    The Court further notes that, while there has been delay in the course of mediation, the status of mediation is nonetheless due. Therefore, counsel shall also advise the Court on the status of mediation within five (5) working days.

    **ORDERED** this 9th day of June, 2009.

                                            *s/L.A. Collier*
                                            LACEY A. COLLIER
                                            Senior United States District Judge