IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTA BENNER,

    Plaintiff,

v.                                                                       Case No. 3:08-cv-368/LAC

PCA GULF COAST, LLC, WILLIAM
BROWN and JOYCE KOGUT,

    Defendants.
_____/

## ORDER REGARDING SETTLEMENT

Before the Court is a Joint Motion for Court Approval of Confidential Settlement Agreement (doc. 70) submitted by the parties in this case. A copy of the Settlement Agreement has also been submitted *in camera*. Since this cause arises under the Fair Labor Standards Act, the settlement may not take effect until the Court has approved the terms of the settlement as fair and reasonable. *See, e.g., Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

At present, the Court is not in the position to make this determination because it lacks the factual specificity necessary to determine whether the settlement amount is appropriate.

Accordingly the Court **ORDERS:**

Within **fifteen (15) days** from the date of this Order, Plaintiff shall submit a brief description of the factual basis for her claim, sufficient for the Court to make the determination discussed herein.

**ORDERED** on this 5th day of August, 2009.

                                                      s/ *L.A. Collier*
                                                    Lacey A. Collier
                                          Senior United States District Judge