IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTA BENNER,

    Plaintiff,

        v.                    CASE NO. 3:08cv368/LAC/EMT

PCA GULF COAST, LLC., AEROTEK,
INC., WILLIAM BROWN, & JOYCE
KOGUT, a Florida Corporation,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND GENERAL RELEASE AND DISMISSING ACTION, *WITH PREJUDICE*

THIS CAUSE came before the Court upon the Joint Motion for Court Approval of Confidential Settlement Agreement and General Release and Joint Stipulation for Voluntary Dismissal of Claims *With Prejudice* ("the Joint Motion"). The Court, having reviewed the Joint Motion, the written Confidential Settlement Agreement and General Release entered into between Defendant AEROTEK, INC., Defendant PCA GULF COAST, LLC., Defendant WILLIAM BROWN, and Defendant JOYCE KOGUT, and Plaintiff CHRISTA BENNER, the

*in camera* submissions relevant thereto, and being otherwise duly advised in the premises thereof, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Parties' Joint Motion is **GRANTED**. The Settlement Agreement and General Release entered into by the Parties and submitted to the Court for *in camera* review is approved.

2. The instant matter is hereby dismissed, *with prejudice*, with each party to bear its own attorneys' fees and costs.

3. The Court hereby retains jurisdiction ***for a period of sixty (60) days*** to enforce the terms of each Settlement Agreement and General Release.

**ORDERED** on this 27th day of August, 2009.

                                             s/*L.A. Collier*
                                             Lacey A. Collier
                                   Senior United States District Judge